IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICKIE G. SMITH, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-01573-JJH |
| | : | |
| vs. | : | Judge Jeffrey J. Helmick |
| | : | |
| CELANESE INTERNATIONAL CORPORATION, ET AL., | : | Magistrate Judge Darrell A. Clay |
| | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to N.D. Ohio Civ. R. 83.5(h), Mary McWilliams Dengler, attorney for Defendant Symrise, Inc. ("Defendant") in the above-referenced action, hereby moves the Court to admit David E. Kawala, *Pro Hac Vice*, to appear and participate as counsel or co-counsel in this case for Defendant.

Movant represents that David E. Kawala is a member in good standing of the highest court of the State of Illinois, as attested by the accompanying declaration, and that David E. Kawala is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

David E. Kawala's relevant identifying information is as follows:

> David E. Kawala
> Swanson, Martin & Bell, LLP
> 330 North Wabash Avenue, Suite 3300
> Chicago, Illinois 60611
> Telephone: (312) 321-9100
> dkawala@smbtrials.com

Respectfully submitted,

*/s/ Mary* McWilliams *Dengler*
Mary McWilliams Dengler (0034635)
Dickie, McCamey & Chilcote, P.C.
10 West Broad Street, Suite 1950
Columbus, Ohio 43215
(614) 258-6000 Telephone
(888) 811-7144 Facsimile
mdengler@dmclaw.com

David E. Kawala (pro hac vice forthcoming)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Telephone: (312) 321-9100
dkawalai@smbtrials.com
*Counsel for Defendant Symrise Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on August 18th, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy of the foregoing has been forwarded by email and/or U.S. Mail to:

| | |
|---|---|
| Scott B. Hall, Esq.<br>shall@sbhlawgroup.com<br>*Attorney for Plaintiff* | Diane M. Goderre, Esq.<br>Diane.goderre@thompsonhine.com<br>Kimberly Ramundo<br>kim.ramundo@thompsonhine.com |
| Maureen A. Bickley<br>mbickley@fbtlaw.com<br>Beth S. Naylor<br>bnaylor@fbtlaw.com<br>Kaitlyn Hawkins-Yokley<br>khawkinsyokley@fbtlaw.com<br>Christopher Kelly<br>Christopher.kelly@hklaw.com<br>Katherine Skeele<br>Katherin.skeele@hklaw.com<br>*Attorneys for Chr. Hansen, Inc.* | Stephen Butler<br>steve.butler@thompsonhine.com<br>Emily G. Montion<br>emily.montion@thompsonhine.com<br>Melanie Lazor<br>melanie.lazor@thompsonhine.com<br>Jesse Jenike-Godshalk<br>jesse.jenike-godshalk@thompsonhine.com<br>*Attorneys for Givaudan Flavors Corporation* |

2

| | |
|---|---|
| JM Swank, LLC<br>Corporation Service Company<br>505 Fifth Avenue, Suite 729<br>Des Moines, Iowa 50309<br>*Defendant* | Tyler Tarney<br>ttarney@grsm.com<br>*Attorney for Defendant Celanese International Corporation* |
| | */s/ Mary McWilliams Dengler*_____<br>Mary McWilliams Dengler<br>*Attorney for Defendant Symrise Inc.* |

3