IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICKIE G. SMITH, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-01573-JJH |
| | : | |
| vs. | : | Judge Jeffrey J. Helmick |
| | : | |
| CELANESE INTERNATIONAL CORPORATION, ET AL., | : | Magistrate Judge Darrell A. Clay |
| | : | |
| | : | |
| Defendants. | : | |

## DECLARATION FOR ADMISSION PRO HAC VICE

1. My name is David E. Kawala, Illinois Bar number 6191156 and I submit this Declaration pursuant to Rule 83.5(h) of the Local Rules of the United States Courts for the Northern District of Ohio in support of my motion for admission *Pro Hac Vice* to appear as counsel for Defendant Symrise, Inc. in the above-captioned action.

2. I have been admitted to practice law in the state of Illinois continuously since 1985, and am an attorney in good standing. My Illinois State Bar Number is 6191156.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings against me at this time.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 18, 2023.

_____
David E. Kawala

30035745.1