**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RICKIE G. SMITH, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-01573-JJH |
| | : | |
| vs. | : | Judge Jeffrey J. Helmick |
| | : | |
| CELANESE INTERNATIONAL | : | Magistrate Judge Darrell A. Clay |
| CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | |

## DECLARATION FOR ADMISSION PRO HAC VICE

1.    My name is Ronald L. Wisniewski, Illinois Bar number 6220577 and I submit this Declaration pursuant to Rule 83.5(h) of the Local Rules of the United States Courts for the Northern District of Ohio in support of my motion for admission *Pro Hac Vice* to appear as counsel for Defendant Symrise, Inc. in the above-captioned action.

2.    I have been admitted to practice law in the state of Illinois continuously since 1994, and am an attorney in good standing. My Illinois State Bar Number is 6220577.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.    There are no disciplinary proceedings against me at this time.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 18, 2023

_____
Ronald L. Wisniewski